UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NUMBER: 05-1845 |
| JESOHN, INC. | SECTION: "C" 4 |

**O R D E R**

Considering this Court having been advised that all parties to this proceeding do not consent to proceed to trial before a Magistrate Judge; accordingly,

**IT IS ORDERED** that the automatic referral of this matter to the Magistrate Judge is hereby **VACATED**.

New Orleans, Louisiana, this __3rd__ day of March 2006.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

```
___Fee_____
___Process_____
 X_Dktd_____
___CtRmDep_____
   Doc.No._____
```